FILED

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

2024 MAY -1 AM 8: 51

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
MMC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER: 2:24-mj-02055 |
|---|---|
| DAREN LI<br>USMS# 09599-511   DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 5/1/2024 at 0800 ☒ AM ☐ PM
   or
   The defendant was arrested in the ____ District of ____ on ____ at ____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   18 USC 1956 (h)

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☐ No  ☒ Yes  Language: MANDARIN

7. Year of Birth: 1982

8. Defendant has retained counsel:  ☒ No
   ☐ Yes  Name: ____  Phone Number: ____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): ____

11. Name: D. Garcia   (please print)

12. Office Phone Number: 213-627-7676

13. Agency: USMS

14. Signature: [signature]

15. Date: 5-1-2024

CR-64 (09/20)          REPORT COMMENCING CRIMINAL ACTION