# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA, PLAINTIFF**
v.
**Daren Li, DEFENDANT.**

- ☑ LA ☐ RS ☐ SA
- DATE FILED: 4/8/2024
- CASE NUMBER: 2:24-mj-02055  ☑ Under Seal
- INIT. APP. DATE: 5/1/2024   TIME: 1:30 PM
- CHARGING DOC: Complaint & Warrant
- DEFENDANT STATUS: In Custody
- ☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT
- VIOLATION: 18:1956
- COURTSMART/REPORTER: _____

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE:** Brianna Fuller Mircheff

**CALENDAR/PROCEEDINGS SHEET — LOCAL/OUT-OF-DISTRICT CASE**

PRESENT:
- Deputy Clerk: Christianna Howard
- Assistant U.S. Attorney: Nisha Chandran / Maxwell Coll
- Interpreter / Language: Mandarin / Keping Qiu

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).
☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☐ removal hearing / Rule 20.
☑ Defendant states true name ☑ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☐ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.
☑ Attorney: Robert Darren Cornforth   ☑ Retd. ☐ Apptd. ☐ Prev. Apptd. ☐ DFPD ☐ Panel ☐ Poss. Contribution
☐ Ordered (see separate order) ☐ Special appearance by: _____
☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED
☐ Contested detention hearing is held. ☑ Defendant is ordered: ☑ Permanently Detained ☐ Temporarily Detained (see separate order)
☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☑ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☑ GRANTED ☐ DENIED
☑ Preliminary Hearing waived.   ☐ Class B Misdemeanor   ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 11:30 AM in Los Angeles
☑ Post-Indictment Arraignment set for: 5/20/2024 at ~~8:30 AM~~ 11:30 AM in Los Angeles
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
  ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
  ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  ☐ Warrant of removal and final commitment are ordered stayed until _____
☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
☐ Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ Electronic Release Order issued (*if issued using Release Book*: Release Order No. _____ ).
☑ Other: Detention Order set in Atlanta remains in effect.

RECEIVED: ☐ PSA ☐ PROBATION ☐ FINANCIAL ☐ CR-10 ☐ READY
Deputy Clerk Initials: CH

M-5 (10/23)   CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE   Page 1 of 1